IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JENNY STEPP, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:16-CV-1251-RP |
| SETON FAMILY OF HOSPITALS, ASCENSION HEALTH ALLIANCE, SETON HEALTHCARE d/b/a SETON HIGHLAND LAKES HOSPITAL, SETON MEDICAL CENTER AUSTIN, SETON MEDICAL CENTER HAYS, SETON MEDICAL CENTER WILLIAMSON, SETON MEDICAL NORTHWEST HOSPITAL, SETON SHOAL CREEK HOSPITAL, SETON SMITHVILLE REGIONAL HOSPITAL, SETON SOUTHWEST HOSPITAL, and UNVERSITY MEDICAL CENTER BRACKENRIDGE, | § § § § § § § § § § § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the above-entitled cause of action. On this day, the Court considered the parties' Joint Stipulation of Voluntary Dismissal Without Prejudice as to Defendant Ascension Health Alliance (Dkt. 12). Having done so, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Court hereby **ORDERS, ADJUDGES, and DECREES** that any claims in this matter against Defendant Ascension Health Alliance are dismissed without prejudice.

**SIGNED** on December 22, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE