UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JENNY STEPP, Individually, and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § | |
| -v- | § § | CIVIL ACTION NO. 1:16-CV-1251-RP |
| SETON FAMILY OF HOSPITALS, SETON HEALTHCARE d/b/a SETON HIGHLAND LAKES HOSPITAL, SETON MEDICAL CENTER AUSTIN, SETON MEDICAL CENTER HAYS, SETON MEDICAL CENTER WILLIAMSON, SETON MEDICAL NORTHWEST HOSPITAL, SETON SHOAL CREEK HOSPITAL, SETON SMITHVILLE REGIONAL HOSPITAL, SETON SOUTHWEST HOSPITAL, UNVERSITY MEDICAL CENTER BRACKENRIDGE, | § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AND TO DISMISS WITH PREJUDICE

Plaintiff Jenny Stepp ("Plaintiff") and Defendants Seton Family of Hospitals *et al.* ("Defendants") (collectively, the "Parties") file this Joint Motion for Approval of Settlement and to Dismiss with Prejudice. In support thereof, the Parties respectfully show the Court as follows:

1. Plaintiff filed the present action on November 23, 2016. The central allegation in Plaintiff's Complaint was the non-payment of overtime due to unpaid meal break time under the Fair Labor Standards Act, 29 U.S.C § 201 *et seq.* ("FLSA") and other applicable state law.

2. The Court denied Plaintiff's Motion for Conditional Certification of the alleged class. The only two Opt-in Plaintiffs have since withdrawn from this action, and Plaintiff Jenny Stepp remains the only plaintiff to this action.

3. Over the course of the several months, the Parties actively discussed resolution and reached a settlement ("Settlement") to resolve this claim.

4. The terms of the Settlement have been approved by Plaintiff and Plaintiff's counsel, as well as Defendants and Defendants' counsel. The Parties entered into the Settlement voluntarily and knowingly. The Settlement was negotiated at arms' length, and both Parties are well experienced in litigating and negotiating such FLSA claims. The Parties agree that the terms of the Settlement are reasonable, fair, and just, and they settle all claims in this lawsuit.

5. The Parties wish to keep information related to the Settlement confidential. Thus, the Parties respectfully request that the Court approve their Settlement and grant their Motion to Dismiss with Prejudice upon review of this joint motion. However, upon the Court's request, the Parties will file the terms of their Settlement under seal for the Court's review. [1]

---

[1] In the event that the Settlement is not approved, the Parties individually have the option of voiding the Settlement in its entirety to rectify any concerns raised by the Court. As a result, the Parties respectfully request that the Settlement, if requested, remain sealed even if the Court does not approve the Settlement confidentially.

## CONCLUSION

For the foregoing reasons, the Parties respectfully request that the Court enter the below Proposed Order, approving the Parties' settlement and dismissing the action with prejudice.

Respectfully submitted,

By: _/s/ Galvin Kennedy (with permission)_
Galvin B. Kennedy
Texas Bar No. 00796870
gkennedy@kennedyhodges.com
4409 Montrose Blvd., Suite 200
Houston, TX 77006
PH: (713) 523-0001
FX: (713) 523-1116
**ATTORNEYS FOR PLAINTIFF**

By: _/s/ A. Robert Fischer_
A. Robert Fischer
State Bar No. 07043395
fischera@jacksonlewis.com
Patrick S. Richter
State Bar No. 00791524
patrick.richter@jacksonlewis.com
Daniel A. Cordova
State Bar No. 24101648
daniel.cordova@jacksonlewis.com
JACKSON LEWIS P.C.
816 Congress Avenue, Suite 1530
Austin, Texas 78701
PH: (512) 362-7100
FX: (512) 362-5574

William Stukenberg
State Bar No. 24051397
William.Stukenberg@jacksonlewis.com
JACKSON LEWIS P.C.
1415 Louisiana, Suite 3325
Houston, TX 77002
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all parties in this case have been served via the Court's electronic case filing system on December 28, 2018.

_/s/ A. Robert Fischer_
A. Robert Fischer